IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Paula Zelesnik,

    Plaintiff,

  v.                         Case No. 2:18-cv-1251

The Ohio State University,
et al.,

    Defendants.

OPINION AND ORDER

Plaintiff brings this action against The Ohio State University, The Ohio State Newman Center, and various elected officials. The magistrate judge conducted an initial screen of plaintiff's complaint pursuant to 28 U.S.C. §1915(e)(2). In a report and recommendation filed on October 18, 2018, the magistrate judge granted plaintiff's request to proceed in forma pauperis, but concluded that the allegations in plaintiff's complaint were frivolous and recommended that the action be dismissed for failure to state a claim on which relief may be granted.

The report and recommendation specifically advised plaintiff that the failure to object to the report and recommendation within fourteen days of the report results in a "waiver of the right to have the District Judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 4, pp. 5-6. The time period for filing objections to the report and recommendation has expired and no objections have been filed.

The court agrees with the conclusions of the magistrate judge, and hereby adopts the report and recommendation (Doc. 4). This

action is hereby dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), for failure to state a claim for which relief may be granted. The clerk shall enter a judgment dismissing this case.

Date: November 6, 2018          <u>s/James L. Graham</u>
James L. Graham
United States District Judge